# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Erik Ruan Souza De Abreu</u>**

v.                                                    Case No. 25-cv-437-PB-AJ

**<u>Richard Luna, Warden,</u>**
**<u>FCI Berlin, et al.</u>**

## <u>ORDER</u>

On October 30, 2025, the district court for the District of Massachusetts certified a class consisting of all people who "are detained in a geographical area over which, as of September 22, 2025, an Immigration Court located in Massachusetts is the administrative control court, or who are otherwise subject to the jurisdiction of an Immigration Court located in Massachusetts" and meet certain criteria. Guerrero Orellana v. Moniz, No. 25-CV-12664-PBS, 2025 WL 3033769, at *14 (D. Mass. Oct. 30, 2025). The petitioner in that case has moved for class-wide partial summary judgment on one of his claims and requested that the court enter declaratory relief that class members are entitled to bond hearings upon request. The court has scheduled a hearing on that motion for December 17, 2025.

Souza De Abreu, the petitioner in the present case, appears to be a class member. In light of that fact, I asked Souza De Abreu if he would like

me to issue a ruling on his individual petition or, alternatively, stay this action pending a ruling in <u>Guerrero Orellana</u>. In response, he filed a motion to stay this action. Therefore, to avoid the risk of inconsistent rulings and in light of principles of comity, I stay this action until the district court issues its summary judgment ruling in <u>Guerrero Orellana</u>. To the extent that Souza De Abreu seeks additional relief, I decline to grant that relief at the present time.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

November 24, 2025

cc:    Counsel of Record

2