UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Erik Ruan Souza De Abreu**

    v.                                              Case No. 25-cv-437-PB-AJ

**FBI Berlin, Warden, et al.**

**ORDER**

    Erik Ruan Souza De Abreu filed a petition for a writ of habeas corpus on November 2, 2025, contesting his detention and requesting, inter alia, a bond hearing. See Doc. 1. On November 24, 2025, per Souza De Abreu's request, I stayed this action until the district court issued class-wide relief, if any, in Guerrero Orellana v. Moniz. See Doc. 8 (citing 2025 WL 3033769, at *14 (D. Mass. Oct. 30, 2025)). The allegations in Souza De Abreu's petition suggest that he may be a member of the class certified in that case and therefore be entitled to the declaratory and injunctive relief prescribed by that court. See 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025).

    The government is hereby directed to show cause on or before January 2, 2026, as to why I should not issue an order granting this petition to the extent of ordering the government to afford the petitioner with a bond hearing under 8 U.S.C. § 1226(a) within fourteen days of my order's issuance and, if the government fails to comply, why I should not grant the writ and

set appropriate terms and conditions of the petitioner's release during the pendency of his removal proceedings.

    SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

December 22, 2025

cc:    Counsel of Record